**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

DALER ALAMSHOEV,

       Petitioner,

v.                                           **Case No. 2:26cv230**

JEFFREY CRAWFORD,
ICA-FARMVILLE DETENTION
CENTER, *et al.*,

       Respondents.

**FINAL ORDER**

Before the Court is a Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. ECF No. 1. In his Petition, the *pro se* Petitioner seeks either release from ICE custody or a bond hearing before an Immigration Judge. *Id.* at 8. On March 23, 2026, the Respondents filed an opposition to the petition. ECF No. 7. The Petitioner did not file a response.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation ("R&R"), entered on April 3, 2026, the Magistrate Judge recommended that the relief sought by the Petition be granted to the extent the Petitioner seeks a bond hearing before an Immigration Judge, but denied to the extent the Petitioner seeks his immediate release from custody. ECF No. 8. The parties were advised of their right to file written objections to the R&R. Neither the Petitioner nor the Respondents filed an objection with the Court. Respondents filed a notice indicating that Petitioner was given a bond hearing and ordered

to be released.  ECF No. 9.

Having reviewed the R&R and having considered the record and the R&R and finding no error, it is hereby **ORDERED** that:

The R&R, ECF No. 8, is **ADOPTED** as the opinion of this Court;

The Petition, ECF No. 1, is **DENIED IN PART** as moot, and **GRANTED IN PART**;

The Respondents are **ENJOINED** from invoking the automatic stay provision of 8 C.F.R. § 1003.19(i)(2); and

The Respondents are **ENJOINED** from rearresting the Petitioner unless: (1) he has committed a new violation of any federal, state, or local law; (2) he has failed to attend any properly noticed immigration or court hearing; or (3) he is subject to an administratively final removal order pursuant to § 1231.

The Clerk is **DIRECTED** to forward a copy of this Order to the Petitioner and counsel of record for the Respondents.

**IT IS SO ORDERED**.

_Arenda L. Wright Allen_
Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
April 30, 2026

2